No. 72–6040.  FAYNE v. BERG.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 72–6043.  McCORD v. ESTELLE, CORRECTIONS DIRECTOR.  C. A. 5th Cir.  Certiorari denied.  ▮

No. 72–6044.  REECE v. ESTELLE, CORRECTIONS DIRECTOR.  C. A. 5th Cir.  Certiorari denied.  ▮

No. 72–6049.  HEADS v. ESTELLE, CORRECTIONS DIRECTOR.  C. A. 5th Cir.  Certiorari denied.  ▮

No. 72–6058.  CRANDALL v. MAINE.  Sup. Jud. Ct. Me.  Certiorari denied.  ▮

No. 72–169.  COOK v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.  ▮

No. 72–1018.  BREITWIESER ET VIR v. KMS INDUSTRIES, INC., DBA ADVO SYSTEMS.  C. A. 5th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.  ▮

No. 72–5221.  MITCHELL v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.  ▮

No. 72–5308.  WILSON v. MARYLAND.  Ct. Sp. App. Md.  Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.  ▮

No. 72–5543.  VAWTER v. INDIANA.  Sup. Ct. Ind. Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.  ▮